UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

NERO FOWLER,

|                              |                    |
|------------------------------|--------------------|
|                Petitioner,   | 9:23-CV-768        |
| v.                           | (GTS/MJK)          |

D. BRADFORD,

                    Respondent.

_____

APPEARANCES

NERO FOWLER, No. 18-B-2049                OF COUNSEL:
    Petitioner, *Pro Se*
Washington Correctional Facility
72 Lock 11 Lane
Comstock, New York 12821

NEW YORK STATE ATTORNEY GENERAL          PAUL B. LYONS, ESQ.
    Counsel for Respondent                Assistant Attorney General
28 Liberty Street
New York, New York 1005

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

Nero Fowler ("Petitioner") filed his petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on June 26, 2023. (Dkt. No. 1.) By Report-Recommendation dated December 19, 2025, the Honorable Mitchell J. Katz, United States Magistrate Judge, recommended that the Petition be denied and dismissed, and that a certificate of appealability be denied pursuant to 28 U.S.C. § 2253(c)(2). (Dkt. No. 33.) Petitioner has not filed an objection to the Report-Recommendation and the time in which to do so has expired.   (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Katz's thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation. Magistrate Judge Katz employed the proper standards, accurately recited the

facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, Petitioner's Petition is denied and dismissed, and a Certificate of Appealability is denied.

ACCORDINGLY, it is

ORDERED that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 33) is ACCEPTED and ADOPTED in its entirety; and it is further

ORDERED that Petitioner's Petition for a Writ of *Habeas Corpus* (Dkt. No. 1) is DENIED and DISMISSED; and it is further

ORDERED that Respondent's "Letter Motion" of November 25, 2025 (Dkt. No. 31) be DENIED without prejudice as having been improperly filed as a motion instead of as a status update in response to the Court's Text Order of November 19, 2025 (Dkt. No. 30); and it is further

ORDERED that a Certificate of Appealability is DENIED because Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

Dated:   March 19, 2026
         Syracuse, New York

_____
HON. GLENN T. SUDDABY
United States District Judge